FILED

NOV 1 3 2007
/3
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORG F. REISINGER

    Plaintiff,

v.

SAS GROUP INC.,

    Defendants.

)
)
)
)
)
)
)

07CV6417
JUDGE CASTILLO
MAG. JUDGE MASON

JURY TRIAL DEMANDED

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Georg F. Reisinger, complains of Defendant, SAS Group Inc. as follows:

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has exclusive jurisdiction over the subject matter under 28 U.S.C. § 1338(a).

2. Mr. Reisinger is a citizen of Germany. He owns all right, title and interest in and has standing to sue for infringement of United States Patent No. 7,108,595 entitled "Apparatus for the Manual Sharpening of the Blades of Cutting Tools."

3. SAS Group Inc. is a New York corporation with an office in Tarrytown, New York. SAS does business in this judicial district through the sale of sharpening products, specifically at least its Samurai Shark. Sales are made in this district over the internet, via television advertising including infomercials, and through retail stores.

4. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

5. SAS has infringed the '595 patent in connection with the manufacture, importation, sale, offer for sale, and use of sharpening products, including at least the Samurai Shark. Additional products may be identified in the course of discovery. At present, the asserted claim is claim 1 of the patent. Additional claims may be identified in the course of discovery.

6. The infringement has injured the Plaintiff, who is entitled to recover damages adequate to compensate him for the infringement, but in no event less than a reasonable royalty.

7. On information and belief, the infringement has been willful and deliberate and has injured and will continue to injure the Plaintiff unless and until this Court enters an injunction prohibiting further infringement of the '595 patent.

WHEREFORE, Mr. Reisinger respectfully demands judgment against Defendant SAS and against its subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with it, granting the following relief:

A. An award of damages adequate to compensate him for the infringement that has occurred, together with prejudgment interest from the date infringement of the patent in suit began, including pre-issue damages pursuant to 35 U.S.C. § 154(d);

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to Plaintiff of his attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the patents in suit; and,

E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Mr. Reisinger demands a trial by jury on all issues so triable.

Georg F. Reisinger

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com
gasey@nshn.com

3