IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORG F. REISINGER,

                  Plaintiff,

vs.

SAS GROUP INC.,

                  Defendant.

**07CV6417**

**JUDGE CASTILLO**

**MAG. JUDGE MASON**

)
)   JURY TRIAL DEMANDED
)
)

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the

Clerk of the Court as required by 35 U.S.C. §290:

1.     Name and address of plaintiff:

   - Mr. Georg F. Reisinger
     In der Au 2A
     Abenberg, 91183
     Germany

2.     Names and address of defendant:

   - SAS GROUP INC.
     200 White Plains Road
     Tarrytown, New York 10591.

3.     Name of Inventor: Georg F. Reisinger.

4.     Patent Number Involved: U.S. Patent No. 7,108,595.

ᴸ **FILED**

NOV 1 3 2007
*13*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully submitted,

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Attorneys for Georg F. Reisinger