# EXHIBIT B


