# EXHIBIT E

# Samurai Shark

## WITH UNPARALLELED FEATURES

- NOW YOU CAN EASILY SHARPEN THINGS YOU COULD NEVER BEFORE!
- ERGONOMIC STREAM LINE DESIGN FOR OPTIMUM HANDLING AND FUNCTION
- ADJUSTABLE SHARPENING INSERTS FOR SUPERIOR PERFORMANCE
- TOP QUALITY PRECISION GRINDED HIGH-END TUNGSTEN CARBIDE INSERTS

**The adjustable Delta Insert**

The Delta can sharpen virtually everything. Two angles facilitate sharpening: 120° for scissors and shears, 90° for skis and snowboards.

The tip reaches built in blades in narrow places - like electric hedge clippers.

**The adjustable V-Slots**

V-Slots works best for straight-edged blades like regular knives because it sharpens both sides equally and simultaneously.

Adjust to use the entire edge of both slots. This will extend the life time and handle to sharpen a thick or thin blade.



**How to adjust and turn the Delta?**

1. Loosen slider screw, move to desired position and fasten screw slightly - allowing full length use of all sharpening edges and ensuring best sharpening results and extended lifetime.

2. The Delta will last a long time. To further extend it's life, you can even turn the Delta inside out. Loosen screw to adjust, move it to the stop position in the middle, then loosen the screw till you can push out the Delta completely - it comes off on the downside, take care not to loose it. Turn the Delta over, push slider back in place and tighten screw.

**How and when to adjust the slots?**

1. You can sharpen in the same position for a long time while only the current slot center will get worn. The adjustable slots technique allows best results even after extensive use. Just turning the screw on the side about 1/4 will provide a new edge. With about 16x1/4 turns in total, you can get 32 new positions in the two slots!

2. Pointer and scale with 8 lines are for reference to set a desired point or to get back to a previous position.



move out/in    1/4 turn

**Note: The two adjustment screws** in the middle and to the side may seem to be inconvenient to handle. This should prevent you from applying too much force on thread and gear, to make sure it works properly. Normally you will need very little fine adjustment from time to time only, so this construction should be a good compromise.

SAS Group, Inc., Tarrytown, N.Y.   10591

---

# Samurai Shark

## SHARPENS VIRTUALLY EVERYTHING, EVERYWHERE, FOR EVERYBODY





For right and left-handers! Sharpens all kinds of knives, scissors, shears etc.
For kitchen, garden, RV, fishing, hunting, hiking, skiing, snowboarding

## INSTRUCTIONS ...

# Here is how to sharpen with  Samurai Shark some of the most popular items:

## With the Delta-Insert

You can shape and sharpen virtually anything. Two angles serve as a convenient guide for many items. The tip can even reach into narrow places. The adjustment screw allows optimum working position. This provides best possible performance and results at any time.
You can even turn over the insert to double life time (see last page).


SCISSORS

### SCISSORS, SHEARS
The best sharpening angle is automatically provided by the wider angle. Hold scissors with handles tightly down to a table as illustrated and move the sharpening edge slightly tilted over the grinding edge from the handle to the tip.
**Important:** Always follow the original grinding edge on the outside only - never sharpen on the inside!

### PRUNING SHEARS, POULTRY SCISSORS
have only one blade with one grinding edge while the opposite part is an anvil or bypass that must not be sharpened. The sharpening procedure is as for scissors but just on a single blade.

PRUNING SHEARS

### ELECTRIC FOOD SLICER, SLICER, PEELER, FOOD PROCESSOR KNIFE, LAWN MOWER BLADE
Sharpen on one side only. Simply pass the original grinding edge of the blade with any edge of the Delta insert. Always hold the item tightly and safely down on a stable surface.

### SKIS & SNOWBOARDS
have a 90° edge and that angle is provided between handle and Delta insert. Push handle in contact with ski surface and simply strike over up and down while the Delta is slightly tilted.


ELECTRIC FOOD SLICER

### SERRATED KNIVES
have only one grinding edge - the serrates. Sharpen by moving any edge of the Delta slightly over the serrates up and down like scrapping a carrot - that's all. Very narrow serrated knives (silver ware) should get sharpened on the opposite side only.


SERRATED KNIFE

### AXE
same technique as for lawn mower blade, but needs sharpening on two sides, so a V-Slot may also be used as for a cleaver (see next page).

## With the V-Slots

You can easily shape and sharpen knives and similar blades on two sides simultaneously and equally. Why 2 slots? The usable sharpening area gets doubled and by adjusting the middle part, a new area can be selected many times. This will extend the lifetime when compared to conven-tional static slots and always provides top performance. Both thick and thin blades get sharpened conveniently.

### REGULAR KNIVES w/straight edged blade
need sharpening on both sides of the blade equally for optimum cutting results. First the stopper on the underside of the handle must be pushed tightly to the edge of a table. Press down handle firmly with one hand, so the sharpener is in a stable position and does not move. Then simply pull a knife down thru one of the slots nearly vertically as illustrated. To obtain best results read tips below.


REGULAR KNIFE

### CLEAVER, SCYTHE, SICKLE and similar items
get sharpened by holding them against a surface and moving the sharpener over the blade. Put a cleaver with it's cutting edge upright on a table and make sure to hold it firmly tight in that position with one hand. Other items will be held differently according to their shape and you need to think over first what is safe for you. Hold the sharpener upside down with your thumb in the bottom mold. Then, with a wider V-Slot, strike over the cutting edge from the handle to the tip - it works in one direction only.


CLEAVER

**TIPS:** Only the edges of the inserts sharpen - not the flat areas. That is why you need to tilt the Delta-Insert slightly to work on an edge. The V-Slots have 6° clearance angles downside that provide the sharpening edge. Do not apply too much pressure on sharpening, better get the right feeling and hear the steady-going sharpening sound. When you do it right, a few strokes may suffice in many cases. A very dull blade needs shaping first by more strokes and pressure.
Low quality knives will never get superior sharp or retain sharpness like quality knives.


SCYTHE

**CAUTION !**
**Sharpening is an inherently dangerous activity and objects you sharpen can hurt you.**
**Please handle w/extreme care - use at own risk!**


AXE