IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORG F. REISINGER and<br>NEW CHINA FACTORIES LIMITED | )<br>)<br>) | |
| Plaintiffs, | ) | Civil Action No.   07CV6417 |
| | ) | |
| v. | ) | Honorable Ruben Castillo |
| | ) | |
| SAS GROUP INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF FILING OF AFFIDAVIT OF PROCESS SERVER

PLEASE TAKE NOTICE that the attached Affidavit of Process Server was filed today in accordance with the Court's CM/ECF filing system.

Respectfully submitted,
Georg F. Reisinger
New China Ltd

/s/Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com
gasey@nshn.com

# Affidavit of Process Server

_George F Reisinger_ vs _SAS Group Inc_    _07CV6417_
PLAINTIFF/PETITIONER             DEFENDANT/RESPONDENT           CASE #

Being duly sworn, on my oath, I _David Ksiazek_,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _SAS Group Inc_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage.
☒ _Summons & Complaint_

by serving (NAME) _Cheryal Perez_

at ☐ Home _____
☒ Business _220 White Plains Rd., 1st Floor, Tarrytown, NY 10591_
☒ on (DATE) _11/15/07_ at (TIME) _2:55pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Cheryal Perez (Logistics Manager)_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address       ☐ Evading                      ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___DATE TIME___, ( ) ___DATE TIME___,
( ) ___DATE TIME___, ( ) ___DATE TIME___, ( ) ___DATE TIME___

**Description:**
☐ Male        ☒ White Skin     ☐ Black Hair     ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☒ Female      ☐ Black Skin     ☒ Brown Hair     ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
              ☐ Yellow Skin    ☐ Blond Hair                    ☒ 36-50 Yrs.   ☒ 5'4"-5'8"    ☐ 131-160 Lbs.
              ☐ Brown Skin     ☐ Gray Hair      ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☒ 161-200 Lbs.
☐ Glasses     ☐ Red Skin       ☐ Red Hair       ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of _N.Y._ County of _Rockland_

SERVED BY
LASALLE PROCESS SERVERS
#0974523

Subscribed and sworn to before me, a notary public, this _20th_ day of _November_, 20_07_

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GEORG F. REISINGER

V.

SAS GROUP INC.

C    **07CV6417**
A    **JUDGE CASTILLO**
     **MAG. JUDGE MASON**
DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

SAS GROUP INC.
200 White Plains Road
Tarrytown, NY 10591
Phone: (914) 332-7857

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602    312-236-0733

an answer to the complaint which is herewith served upon you, within __Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(By) DEPUTY CLERK_

NOV 13 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    *Date*                           *Signature of Server*

                                       _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 27, 2007, the foregoing NOTICE OF FILING OF AFFIDAVIT OF PROCESS SERVER was filed with the Clerk of the Court. A copy was sent by First Class Mail to:

>SAS Group Inc.
>220 White Plains Road
>Tarrytown, New York  10591

>/s/ Joseph N. Hosteny