U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 07-CV-6417
GEORG REISINGER and NEW CHINA
FACTORIES LIMITED,
vs.
SAS GROUP, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant SAS GROUP, INC.

| NAME (Type or print) |
| --- |
| Catalina J. Sugayan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Catalina J. Sugayan |
| FIRM |
| Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS |
| 111 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06191764 | 312-443-1839 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |