IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORG F. REISINGER and NEW CHINA FACTORIES LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> SAS GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 07-CV-6417 ) ) Judge Ruben Castillo ) ) ) ) |

**AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, SAS GROUP, Inc. ("SAS"), by its attorneys, LOCKE LORD BISSELL & LIDDELL LLP, and for its Agreed Motion to Extend Time to Answer or Otherwise Plead, states as follows:

1. On November 13, 2007, Plaintiff Georg F. Reisinger filed a Complaint against Defendant SAS alleging one count of patent infringement.

2. On December 21, 2007, Plaintiffs Georg F. Reisinger and New China Factories Limited (collectively "Plaintiffs") filed a First Amended Complaint against Defendant SAS Group, alleging infringement of U.S. Patent No. 7,108,595 ("the patent in suit"), two counts of copyright infringement, and one count of unfair competition.

3. Counsel for SAS, spoke with Joseph Hosteny, counsel for Plaintiffs who agreed to a brief extension, which would permit SAS to file a responsive pleading on or before February 1, 2008.

CHI1 1454872v.1

4. Defendant SAS is filing its responsive pleadings contemporaneously with this Motion.

WHEREFORE, the Defendant, SAS GROUP, INC., respectfully requests that this Court enter an Order granting this Agreed Motion to Extend Time to Answer or Otherwise Plead and allowing SAS to file its responsive pleading to Plaintiffs' Complaint on or before February 1, 2008.

                    Respectfully submitted,

                    SAS GROUP, INC.

                    By: __/s/ David M. Dolendi_____
                         One of its Attorneys

| | |
|---|---|
| Glenn T. Henneberger (*pro hac vice pending*) | David M. Dolendi |
| Hoffmann & Baron, LLP | LOCKE LORD BISSELL & LIDDELL LLP |
| 6900 Jericho Turnpike, Suite 200 | 111 South Wacker Drive |
| Syosset, New York 11791 | Chicago, Illinois 60606-4410 |
| Phone: (516) 822-3550 | Phone: 312-443-0202 |
| Fax: 516-822-3582 | Fax: 312-896-6202 |
| gthdocket@hoffmannbaron.com | |

## CERTIFICATE OF SERVICE

      I, David M. Dolendi, an attorney, hereby certify that I served the attached **Agreed Motion to Extend Time to Answer or Otherwise Plead** upon the below mentioned party via electronic filing, on this 1st day of February, 2008.

      Joseph N. Hosteny
      Niro, Scavone, Haller and Niro
      181 West Madison Street, Suite 4600
      Chicago, Illinois 60602
      Phone: (312) 236-0733
      hosteny@nshn.com

      /s/ David M. Dolendi
      David M. Dolendi