IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORG F. REISINGER and NEW CHINA FACTORIES LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> SAS GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 07-CV-6417 ) ) Judge Ruben Castillo ) ) ) ) ) |

## NOTICE OF MOTION

To:   Joseph N. Hosteny
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com

PLEASE TAKE NOTICE that on **February 5, 2008 at 9:45 a.m.**, or as soon thereafter as the parties may be heard, the undersigned will appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in the courtroom normally occupied by him, in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT'S AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which has been filed with the Clerk of the Court.

Dated:  February 1, 2008                    Respectfully submitted,

                                                   SAS GROUP, INC.

                                                   By:_____s/ David M. Dolendi_____
                                                         David M. Dolendi, Esq.

LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker
Chicago, IL 60606
Tel. (312) 443.0202
Fax: (312) 896.6202

*Counsel for Defendant*