IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORG F. REISINGER and<br>NEW CHINA FACTORIES LIMITED, | :<br>:<br>: | |
| Plaintiffs/Counterclaim Defendants, | : | Civil Action No. 07-CV-6417 |
| v. | :<br>: | Honorable Ruben Castillo |
| SAS GROUP, INC., | :<br>:<br>: | |
| Defendant/Counterclaim Plaintiff. | : | |

## SAS GROUP, INC.'S MOTION TO TRANSFER VENUE

Defendant, SAS Group, Inc., hereby moves for an Order transferring venue in this action pursuant to 28 U.S.C. § 1404(a) from the United States District Court for the Northern District of Illinois to the United States District Court for the Southern District of New York. The grounds for this motion are set forth in SAS Group, Inc.'s Memorandum in Support of SAS Group, Inc.'s Motion to Transfer Venue filed concurrently herewith.

Respectfully submitted,

Dated: February 1, 2008

/s/ David M. Dolendi
David M. Dolendi
ddolendi@lockelord.com
Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0202
Facsimile: 312-896-6202

Attorneys for Defendant/Counterclaim
Plaintiff SAS Group, Inc.

- 2 -

Of Counsel:

Glenn T. Henneberger (*pro hac vice pending*)
gthdocket@hoffmannbaron.com
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, New York  11791-4407
Telephone:  516-822-3550
Facsimile:  516-822-3582

Jon A. Chiodo (*pro hac vice pending*)
jacdocket@hoffmannbaron.com
Hoffmann & Baron, LLP
6 Campus Drive
Parsippany, New Jersey 07054
Telephone:  973-331-1700
Facsimile:  973-331-1717

Kevin J. Harrington
KHarrington@homlegal.com
John T.A. Rosenthal
JRosenthal@homlegal.com
Harrington, Ocko & Monk, LLP
81 Main Street, Suite 215
White Plains, New York  10601
Telephone:  914-686-4800
Facsimile:  914-686-4824

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing SAS GROUP, INC.'S MOTION TO TRANSFER VENUE was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record. This lst day of February, 2008.

/s/ David M. Dolendi
David M. Dolendi

Attorney for Defendant/Counterclaim
Plaintiff SAS Group, Inc.

CHI1 1454940v.1