# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORG F. REISINGER and
NEW CHINA FACTORIES LIMITED,               :
                                                                      :
                                                                      :
            Plaintiffs/Counterclaim Defendants,  :       Civil Action No. 07-CV-6417
                                                                      :
                        v.                                        :       Honorable Ruben Castillo
                                                                      :
SAS GROUP, INC.,                                       :
                                                                      :
            Defendant/Counterclaim Plaintiff.   :


### DECLARATION OF SCOTT SOBO IN
### <u>SUPPORT OF MOTION TO TRANSFER VENUE</u>

I, Scott Sobo, depose and state as follows:

1.       I am President of SAS Group, Inc. ("SAS Group"), the defendant named in this action, and I am familiar with the following facts.

2.       SAS Group is a New York company, having its corporate headquarters at 220 White Plains Road, Tarrytown, New York.  SAS Group is in the business of importing and selling products through the use of direct response advertising and distribution to retail stores.

3.       SAS Group does not have any business offices, retail stores or warehouses located in the state of Illinois.

4.       SAS Group does not have any employees residing or located in the state of Illinois.

5.      All of the SAS Group employees who are and who have been involved with the marketing, importation, sale and distribution of the Samurai Shark$^{TM}$ product reside outside of Illinois and either reside or maintain an office in the state of New York. Specifically, several SAS Group employees who do not reside in New York live in Pennsylvania but regularly commute to work at SAS Group's headquarters in Tarrytown, New York.

6.      All marketing and sales decisions related to the Samurai Shark$^{TM}$ product originate from SAS Group's headquarters in Tarrytown, New York.

7.      All documents and things relating to the marketing, sale, and distribution of the Samurai Shark$^{TM}$ product are located at SAS Group's headquarters, in Tarrytown, New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February _1_, 2008, at Tarrytown, New York.

_____
SCOTT SOBO