IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORG F. REISINGER and<br>NEW CHINA FACTORIES LIMITED, | :<br>:<br>: | |
| Plaintiffs/Counterclaim Defendants, | : | Civil Action No. 07-CV-6417 |
| v. | :<br>: | Honorable Ruben Castillo |
| SAS GROUP, INC., | :<br>:<br>: | |
| Defendant/Counterclaim Plaintiff. | : | |

### NOTICE OF MOTION

To:  Joseph N. Hosteny
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com

PLEASE TAKE NOTICE that on **February 5, 2008 at 9:45 a.m.**, or as soon thereafter as the parties may be heard, the undersigned will appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in the courtroom normally occupied by him, in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **SAS GROUP, INC.'S MOTION TO TRANSFER VENUE,** a copy of which has been filed with the Clerk of the Court.

          Respectfully submitted,

          SAS GROUP, INC.

Dated:  February 1, 2008          /s/ David M. Dolendi
          David M. Dolendi, Esq.

- 2 -

                    ddolendi@lockelord.com
                    Locke Lord Bissell & Liddell LLP
                    111 S. Wacker Drive
                    Chicago, IL 60606
                    Telephone:  312-443-0202
                    Facsimile:  312-896-6202

                    Attorneys for Defendant/Counterclaim
                    Plaintiff SAS Group, Inc.

Of Counsel:

Glenn T. Henneberger (*pro hac vice pending*)
gthdocket@hoffmannbaron.com
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, New York  11791-4407
Telephone:  516-822-3550
Facsimile:  516-822-3582

Jon A. Chiodo (*pro hac vice pending*)
jacdocket@hoffmannbaron.com
Hoffmann & Baron, LLP
6 Campus Drive
Parsippany, New Jersey 07054
Telephone:  973-331-1700
Facsimile:  973-331-1717

Kevin J. Harrington
KHarrington@homlegal.com
John T.A. Rosenthal
JRosenthal@homlegal.com
Harrington, Ocko & Monk, LLP
81 Main Street, Suite 215
White Plains, New York  10601
Telephone:  914-686-4800
Facsimile:  914-686-4824

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record. This lst day of February, 2008.

                                            /s/ David M. Dolendi
                                            David M. Dolendi

                                            Attorney for Defendant/Counterclaim
                                            Plaintiff SAS Group, Inc.

CHI1 1454944v.1