UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Georg F Reisinger, et al.
                            Plaintiff,

v.                                            Case No.: 1:07−cv−06417
                                                        Honorable Ruben Castillo

SAS Group, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge Ruben Castillo :Status hearing held in open court on 2/5/2008. The Court will hold a settlement conference in chambers on 2/28/2008 at 5:00 p.m. Clients with settlement authority are directed to appear or be available by telephone. Defendant's agreed motion to extend time to answer or otherwise plead [13] is granted. Defendant's motion to transfer venue [16] is entered and continued to 2/28/2008 at 5:00 p.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.