## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Georg F Reisinger, et al.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06417
                                              Honorable Ruben Castillo

SAS Group, Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 26, 2008:


   MINUTE entry before Judge Ruben Castillo :Defendant's motion to transfer venue [16] is entered and continued to 3/3/2008 at 4:45 p.m. Settlement conference reset to 3/3/2008 at 4:45 p.m. Settlement conference set for 2/28/2008 is vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.