# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Georg F Reisinger, et al.
                              Plaintiff,

v.                                                Case No.: 1:07−cv−06417
                                                       Honorable Ruben Castillo

SAS Group, Inc.
                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: February 26, 2008

                                                                         /s/ Ruben Castillo

                                                                 United States District Judge