**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Georg F Reisinger, et al.
                              Plaintiff,

v.                                           Case No.: 1:07−cv−06417
                                             Honorable Ruben Castillo

SAS Group, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 17, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:With thanks to Magistrate Judge Mason, this lawsuit is hereby dismissed without prejudice subject to a dismissal with prejudice upon the filing of an appropriate stipulation or settlement documents by 4/14/08. Defendant's motion for change of venue [16] is denied without prejudice. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.