# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORG F. REISINGER and               :
NEW CHINA FACTORIES LIMITED,    :
                                      :
     Plaintiffs/Counterclaim Defendants,  :          Civil Action No. 07-CV-6417
                                        :
             v.                     :          Honorable Ruben Castillo
                                        :
SAS GROUP, INC.,                    :
                                        :
     Defendant/Counterclaim Plaintiff.    :

**VOLUNTARY STIPULATION AND ORDER**
**OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs/Counterclaim

Defendants Georg F. Reisinger and New China Factories Limited (hereinafter collectively

"Reisinger") and Defendant/Counterclaim Plaintiff SAS Group, Inc., (hereinafter "SAS") file this

Stipulation of Dismissal of All Claims between Reisinger and SAS, with prejudice.  Accordingly,

Reisinger and SAS voluntarily dismiss all claims against each other as set forth in the pleadings,

with prejudice.  The parties agree that pursuant to F.R.C.P. Rule 41(a)(1)(ii), this dismissal shall be

deemed effective upon filing.  Each party shall bear its own costs and attorneys' fees.  The Court

retains jurisdiction for the purpose of enforcing the Confidential Settlement Agreement.

STIPULATED this 14th day of May, 2008 by:


/s/ Joseph N. Hosteny

Joseph N. Hosteny
jhosteny@hosteny.com
Art Gasey
agasey@hosteny.com
Niro, Savone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL  60602
Telephone:  312-236-0733


Attorneys for Plaintiff/Counterclaim Defendant

/Glenn T. Henneberger/

Glenn T. Henneberger (*pro hac vice*)
gthdocket@HoffmannBaron.com
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, New York 11791-4407
Telephone:  516-822-3550
Facsimile:  516-822-3582

David M. Dolendi
david.dolendi@sdma.com
Sedgwick, Detert, Moran & Arnold LLP
One North Wacker, Suite 4200
Chicago, IL 60606
Telephone:  312-849-1967
Facsimile:  312-641-9530

and

Kevin J. Harrington (*pro hac vice*)
KHarrington@homlegal.com
Harrington, Ocko & Monk, LLP
81 Main Street, Suite 215
White Plains, New York  10601
Telephone:  914-686-4800
Facsimile:  914-686-4824

Attorneys for Defendant/Counterclaim Plaintiff


ORDERED and ADJUDGED that the Voluntary Stipulation of Dismissal of All Claims

With Prejudice is hereby GRANTED.

DONE and ORDERED in chambers at the Everett McKinley Dirksen U.S. Courthouse,

Chicago, Illinois, this _____ day of _____, 2008.


_____
Ruben Castillo
United States District Judge